IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ROY RANDALL HARPER (# 42168)                                    PETITIONER

v.                                                              No. 2:05CV11-P-B

DR. DONALD CABANA, ET AL.                                       DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice as procedurally barred.

**SO ORDERED,** this the 16th day of April, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE